No. 888. NEW YORK EX REL. SMITH *v.* HUNT, WARDEN. February 16, 1942. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Stanley Smith, pro se.*

No. 862. PENNSYLVANIA WATER & POWER CO. *v.* FEDERAL POWER COMMISSION. February 16, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application. *Messrs. Walter C. Clephane, Charles Markell,* and *Arthur H. Clephane* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Richard J. Connor,* and *Wallace H. Walker* for respondent.